

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2019

No. 04-19-00547-CV

**IN THE INTEREST OF N.L.P., CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-00010
Honorable Susan D. Reed, Judge Presiding

## O R D E R

This is an accelerated appeal of an order terminating parental rights which must be disposed of by this court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. The clerk's record and reporter's record for the appeal were due to be filed August 8, 2019.

On August 14, 2019, the trial court clerk filed a notification of late record stating the clerk's record has not been filed because appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record and appellants are not entitled to appeal without paying the fee. It is therefore ORDERED that appellants provide written proof to this court within ten (10) days of the date of this order that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee.[1] If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

---

[1] We note the deadline for the payment of the filing fee for the appeal is August 23, 2019.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2019.



Keith E. Hottle,
Clerk of Court